IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00168-PAB

KENNETH J. FUCCI,

    Plaintiff,

v.

UNITED AIR LINES, INC.,
d/b/a United Airlines,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant United Air Lines, Inc., d/b/a United Airlines.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED January 28, 2010.

                                                 BY THE COURT:

                                                 s/Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge