IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00168-REB-CBS

KENNETH J. FUCCI,

    Plaintiff,

v.

UNITED AIR LINES INC., d/b/a UNITED AIR LINES,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#26] filed May 6, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#26] filed May 6, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for January 7, 2011, is **VACATED**;

3. That the jury trial set to commence January 24, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 7, 2010, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge